UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY TUCKER,
                      Plaintiff,

-v-

PUMA NORTH AMERICA, INC.,
                      Defendant.

19-CV-10291 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Having resolved the claims in this action by the Opinion and Order dated October 26, 2020, the Court hereby directs the Clerk of Court to enter judgment in accordance with that Opinion and Order and to close this case.

    SO ORDERED.

Dated: October 28, 2020
         New York, New York

_____
J. PAUL OETKEN
United States District Judge