**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
HENRY TUCKER,

                Plaintiff,

  -against-                                   19 **CIVIL** 10291 (JPO)

                                            **JUDGMENT**

PUMA NORTH AMERICA, INC.,

                Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 28, 2020, and the Court's Order dated October 26, 2020, Defendant's motion to dismiss the first amended complaint is GRANTED. Defendant's motion to dismiss the original complaint is DENIED as moot; accordingly, this case is closed.

**Dated:**  New York, New York

      October 28, 2020

                                                           **RUBY J. KRAJICK**

                                                                  **Clerk of Court**
                             **BY:**   *K. Mango*

                                                                  **Deputy Clerk**